FILED
 2014 Apr-07  PM 04:17
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT B

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP )
LLC, )
PLAINTIFF )
V. )
)
) CASE NO.: CV-2013-000933.00
)
)
NEXTGEAR CAPITAL, INC. )
DEFENDANT )

STATE OF DELAWARE :
NEW CASTLE COUNTY :

### AFFIDAVIT OF CAITLIN DRUEDING IN SUPPORT OF MOTION TO SET ASIDE DEFAULT JUDGMENT

Caitlin Drueding, being duly sworn upon her oath, deposes and says:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this Affidavit. Said Affidavit is based on my personal knowledge and based upon a review of business records of CSC-Lawyers Incorporating Service Incorporated (Corporation Service Company) (hereafter referred to as "CSC").

2. I am a Customer Service Specialist in the Litigation Management Department of CSC. It is my job to access and review business records of CSC relating to receipt of service of process and to communicate with customers and agents of CSC in order to determine when and whether legal process has been served on a customer of CSC.

3. CSC is a Delaware corporation which has been providing services to the legal community for more than 100 years. CSC is a national provider of registered agent services. As such, CSC provides business entities with a registered agent and/or registered office in the state where the entity is domiciled, and/or the states where it is qualified or registered to conduct business as a foreign entity. CSC receives service of process on behalf of

1

companies that appoint it as their registered agent. Upon receipt of service, CSC then forwards the served legal documents to the identified recipient company at its address as listed in CSC's record database.

4. CSC documents and maintains records of all documents served upon it on behalf of the companies for which it is registered agent. CSC's customary business practice relating to the receipt of service of process is as follows: On the same day the service of process is received by CSC, the service is logged and the documents are scanned into CSC's Litigation Management System (hereafter referred to as "LMS"), which is a centralized database developed and used by CSC to capture essential information about each service of process it receives. Specifically, CSC uses LMS to ensure that: (i) the service of all legal documents is properly recorded and preserved in CSC's database system, and (ii) the customer is timely advised of such service. The scanned documents are then stored electronically. These records are prepared and kept by CSC in the regular and ordinary course of its business.

5. CSC is a registered agent service provider in the State of Alabama. CSC maintains an office location at 150 South Perry Street, Montgomery, AL 36104, for the receipt and intake of service of process on behalf of entities that have named it as their registered agent.

6. CSC is the registered agent for NextGear Capital, Inc. in the State of Alabama. CSC has been the registered agent for NextGear Capital, Inc. in the State of Alabama since April 5, 2012, according to a review of CSC's records and the records of the Alabama Secretary of State.

7. Upon information and belief CSC has been made aware of a Return of Service for a Summons and Complaint in the matter of *Atlanta-Birmingham Automotive Group, LLC vs. Next Gear Capital,* Case No. CV2013000933 in the Jefferson County Circuit Court, AL. The Return of Service alleges that service was made on "Next Gear Capital, CSC Lawyers Incorporati, 2 N Jackson St., Ste 605, Montgomery, AL 36104," on December 23, 2013, on a "Jimmy Burns." A true and correct copy of the aforementioned Return of Service is attached hereto and fully incorporated herein as Exhibit 1.

8. CSC does not have any affiliation with the address 2 N Jackson St., Ste 605, Montgomery, AL 36104.

9. CSC's AL office does not have any record of an individual named Jimmy Burns and/or any derivative thereof as a past or present employee according to a review of CSC's records kept in the normal course of business.

2

10.     CSC has no record of receiving a Summons and Complaint directed to NextGear Capital, Inc. in the matter of *Atlanta-Birmingham Automotive Group, LLC vs. Next Gear Capital,* Case No. CV2013000933, in the Jefferson County Circuit Court, AL, according to a review of CSC's records kept in the ordinary course of business.

11.     Further affiant sayeth not.

*[signature]*
**CAITLIN DRUEDING**

Sworn to and subscribed before me this the ___3___ day of ___April___, 2014

*[signature]*
Notary Public for the State of Delaware
My Commission expires:

> **CELENE D. HAIGH**
> NOTARY PUBLIC
> STATE OF DELAWARE
> EFFECTIVE 4 YEARS
> My Commission Expires January 3, 2017

3

```
AVSO205                 ALABAMA JUDICIAL DATA CENTER
                            JEFFERSON    COUNTY
                          ORDER FOR SERVICE AND RETURN
                                                    CV 2013 000933.00
                                                  CARYL PENNEY PRIVETT

              IN THE CIRCUIT  COURT OF JEFFERSON    COUNTY

  ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC   VS   NEXT GEAR CAPITAL

  SERVE ON:  D001


            NEXT GEAR CAPITAL
            % CSC LAWYERS INCORPORATI
            2 N JACKSON ST STE 605
            MONTGOMERY     ,AL  36104-0000



  NOTES:
       SUMMONS & COMPLAINT



  TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
     12/16/2013  DATE        CLERK: ANNE-MARIE ADAMS       BY: ALH
                             RM 400 JEFF CO COURTHOUSE
                             BIRMINGHAM  AL  35203
                             (205)325-5355


  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
         DOCUMENT IN  Montgomery       COUNTY, ALABAMA
         TO:
     Jimmy Burns                          _____
                                          SIGNATURE OF SERVER

                                          23 Dec 2013
                                          DATE
     NAME / ADDRESS ABOVE

  OPERATOR: ALH
  PREPARED: 12/16/2013
```

FILED IN OFFICE

JAN 23 2014

ANNE-MARIE ADAMS
Clerk


Exhibit 1