FILED
2014 Apr-07  PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC,** ) ) ) )  Plaintiff, ) ) v. ) ) **NEXTGEAR CAPITAL, INC.,** ) )  Defendant. | Case No.: 14-cv-629-WMA |

## DEFENDANT NEXTGEAR CAPITAL, INC.'S
## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant NextGear Capital, Inc. ("**NextGear**"), in the above-captioned action certifies that the general nature and purpose of NextGear is to provide a comprehensive line of lending products and support services for the automotive remarketing industry, both vehicle dealers and auctions, throughout North America and the United Kingdom.

Counsel also certifies that there are no parents, subsidiaries, and/or affiliates of NextGear that have issued shares or debt securities to the public.

Respectfully submitted on this 7th day of April 2014.

> */s/ Russell Rutherford*
> Giles Perkins (PER043)
> Russell J. Rutherford (RUT018)
> Attorneys for NextGear Capital, Inc.

**OF COUNSEL:**
ADAMS AND REESE LLP
1901 Sixth Avenue North
Suite 3000
Birmingham, Alabama  35203
Telephone:  (205) 250-5000
Facsimile:  (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2014, I electronically filed the foregoing using the CM/ECF system, which will automatically notify the following:

Charles I. Brooks, Esq.
The Brooks Law Firm, P.C.
275 Forest Road
Suite 100
Hueytown, AL 35023
thebrooksfirm2@yahoo.com

>                              */s/ Russell Rutherford*
>                              OF COUNSEL