IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. 14-AR-0629-S |
| v. | } } | |
| NEXTGEAR CAPITAL, INC., | } } | |
| Defendant. | } | |

## ORDER

Unless plaintiff, Atlanta-Birmingham Automotive Group, LLC, concedes the motion of defendant, NextGear Capital, Inc., to set aside the default entered by the Circuit Court of Jefferson County, Alabama, defendant's motion will be heard in chambers **at 1:30 p.m.**, **April 17, 2014.**

DONE this 9th day of April, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE