# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC,** | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No.: 14-cv-629-WMA |
| v. | )<br>)<br>) |
| **NEXTGEAR CAPITAL, INC.,** | )<br>) |
| Defendant. | ) |

## JOINT MOTION TO SUPPLEMENT THE RECORD AND TO SET ASIDE THE DEFAULT JUDGMENT ENTERED IN THE STATE COURT ACTION

Plaintiff Atlanta-Birmingham Automotive Group, LLC ("**Plaintiff**") and Defendant NextGear Capital, Inc. ("**Defendant**") hereby jointly move the Court to supplement the record and set aside the default judgment entered in this action by the Circuit Court of Jefferson County, Alabama (the "**State Court**") as follows:

1. Prior to removal of this action from the State Court to this Court, the State Court entered an interlocutory default judgment against Defendant, reserving the assessment of damages to a later date. (*See* Doc. 1-1, p. 15). Also prior to removal, Defendant filed a Motion to Set Aside Default Judgment. (*See* Doc. 1-1, pp. 17–42).

2. On April 7, 2014, Defendant filed its Notice of Removal, removing this matter to this Court. (*See* Doc. 1).

3. Approximately two hours prior to the filing of the Notice of Removal, the State Court entered an order (the "**Order**") granting Defendant's Motion to Set Aside Default Judgment. A true and correct copy of this order is attached hereto as **Exhibit A**. Because the order granting its Motion to Set Aside Default Judgment was entered only a few hours before it filed its Notice of Removal, Defendant inadvertently did not attach a copy of the Order to its Notice of Removal.

4. Plaintiff and Defendant agree that Exhibit A to the Notice of Removal (Doc. 1-1) should be supplemented and/or amended to include a copy of the Order.

5. Plaintiff and Defendant agree that the default judgment entered by the State Court was set aside prior to removal.

6. Therefore, Plaintiff and Defendant jointly move this Court to consider the default judgment entered by the State Court to have been set aside prior to removal and to proceed to the next stage of litigation.

7. Plaintiff and Defendant also agree that there is no need for this Court to conduct a hearing regarding the default judgment on April 17, 2014.

WHEREFORE, Plaintiff and Defendant hereby jointly request the entry of an Order:

  A. stating that the copy State Court's April 7, 2014 Order setting aside the default judgment, which is attached hereto, is deemed to be part of the Notice of Removal;

  B. stating that the default judgment entered by the State Court was set aside prior to removal and is, therefore, not pending before this Court; and

  C. canceling the April 17, 2014 hearing on the Motion to Set Aside Default Judgment.

Respectfully submitted on this 10th day of April 2014.

| */s/ Charles I. Brooks (with permission)* | */s/ Russell J. Rutherford* |
|---|---|
| Charles I. Brooks | Giles Perkins |
| Attorney for Plaintiff | Russell J. Rutherford |
| THE BROOKS LAW FIRM, P.C. | Attorneys for Defendant |
| 2 North 20th Street | ADAMS AND REESE LLP |
| Suite 1100 | 1901 Sixth Avenue North |
| Birmingham, Alabama 35203 | Suite 3000 |
| Telephone: (205) 320-0005 | Birmingham, Alabama 35203 |
| Facsimile: (205) 443-6677 | Telephone: (205) 250-5000 |
| thebrooksfirm2@yahoo.com | Facsimile: (205) 250-5034 |
| | russell.rutherford@arlaw.com |