FILED
2014 Apr-21  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC,** | ) ) ) ) | |
| Plaintiff, | ) | Case No.: 14-cv-629-WMA |
| v. | ) ) ) | OPPOSED |
| **NEXTGEAR CAPITAL, INC.,** | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT NEXTGEAR CAPITAL, INC.'S
### MOTION TO DISMISS AND/OR TRANSFER VENUE

Pursuant to Rules 12(b)(3), 12(b)(5), and 12(b)(6), Defendant NextGear Capital, Inc. ("**NextGear**") respectfully moves this Court to dismiss each claim asserted against it in Plaintiff Atlanta-Birmingham Automotive Group, LLC's Complaint.  Each of the claims asserted against NextGear is due to be dismissed, WITH PREJUDICE, because of (i) insufficient service of process, (ii), improper venue, and/or (iii) failure to state a claim upon which relief can be granted.

In the alternative, to any extent that each of Plaintiff's claims is not dismissed, NextGear respectfully moves this Court to transfer venue for this lawsuit from this Court to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1404.

In support of this Motion, NextGear submits its Memorandum of Law in Support of its Motion to Dismiss and/or Transfer Venue.

Respectfully submitted on this 21st day of April 2014.

/s/ Russell J. Rutherford
Giles Perkins (PER043)
Russell J. Rutherford (RUT018)
Attorneys for NextGear Capital, Inc.

**OF COUNSEL:**
ADAMS AND REESE LLP
1901 Sixth Avenue North
Suite 3000
Birmingham, Alabama  35203
Telephone:  (205) 250-5000
Facsimile:  (205) 250-5034

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April 2014, I electronically filed the foregoing using the CM/ECF system, which will automatically notify the following:

Charles I. Brooks, Esq.
The Brooks Law Firm, P.C.
275 Forest Road
Suite 100
Hueytown, AL 35023
thebrooksfirm2@yahoo.com

/s/ Russell J. Rutherford
OF COUNSEL