FILED
 2014 Apr-21  PM 03:29
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT C

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No.: CV-13-000933 |
| NEXTGEAR CAPITAL, INC., | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF KAREN STREED IN SUPPORT OF MOTION TO SET ASIDE DEFAULT JUDGMENT

STATE OF INDIANA      )

COUNTY OF HAMILTON  )

      **BEFORE ME**, the undersigned authority, personally appeared Karen Streed, who, first being duly sworn, deposes and says as follows:

      1.    My name is Karen Streed. I am over twenty-one years of age and make this affidavit voluntarily and without coercion.

      2.    I am a paralegal in the internal legal department for NextGear Capital, Inc. ("NextGear"). Specifically, one of my job duties as paralegal includes the receipt of notices of litigation and/or lawsuits which are provided to me from the legal department within Cox Enterprises, Inc. ("CEI"), NextGear's parent company, which is the point of contact for registered agents who have received service of litigation and/or lawsuits for CEI or its subsidiaries.

      3.    I work in NextGear's corporate offices located at 1320 City Center Drive, Suite 100, Carmel, Indiana, 46032.

      4.    I make this affidavit based on my own personal knowledge.

5.  These notices of litigation and/or lawsuits are initially received by our registered agents for service of process within a particular state who then forward a copy of those notices of litigation and/or lawsuits to the CEI legal department located in Atlanta, Georgia, which is the designated point of contact for the registered agents when receiving service for CEI or its subsidiaries.

6.  CSC-Lawyers Incorporating Service Incorporated (Corporation Service Company) ("CSC"), located at 150 South Perry Street, Montgomery, Alabama 36104, has been NextGear's registered agent for service of process in the state of Alabama since April 5, 2012, according to the Alabama Secretary of State's website.

7.  Upon receipt of the notices of litigation and/or lawsuits Sharron Vines, Senior Paralegal for CEI, or another CEI paralegal copying Sharron Vines, sends an electronic message to myself and at least two of NextGear's corporate attorneys, forwarding the documents received from CSC and requesting confirmation of NextGear's receipt of the message. NextGear confirms receipt of the electronic message and attachment by sending a reply confirmation to all recipients on the original electronic message. If I do not personally send the confirming reply, I am copied on the message when someone else from NextGear's legal department replies to all recipients of CEI's original electronic message.

8.  NextGear maintains, in the ordinary course of business, records of the documents served on its registered agent on its behalf, including the emails sent to it by CEI's legal department upon its receipt of documents from CSC.

9.  NextGear's records do not reflect receipt of any notices of this lawsuit entitled Atlanta-Birmingham Automotive Group, LLC v. NextGear Capital in the Circuit Court of

Jefferson County, Birmingham Division Case No. CV-2013-00933 (the "Lawsuit") from CEI's legal department.

10.     My records reflect that NextGear first received notice of the Lawsuit on or about March 31, 2014, when NextGear received in the mail directly to its corporate offices located at 1320 City Center Drive, Suite 100, Carmel, Indiana 46032, a letter dated March 23, 2014, from Charles I. Brooks enclosing what was purported to be a Summons, Complaint, and Motion for Default Judgment in the above-referenced matter. A copy of that letter is attached as **Exhibit "A."**

11.     My records form a part of the books and records of NextGear and are entered contemporaneously with the receipt of the notices of a lawsuit and/or litigation.

I swear and affirm that the foregoing statements are true and correct.

FURTHER AFFIANT SAITH NOT.

_____
Karen Streed

SWORN TO and subscribed before me on this the 4th day of April, 2014.

_____(SEAL)
NOTARY PUBLIC

My Commission Expires: July 29, 2021

3

# EXHIBIT A

To the affidavit of Karen Streed

# THE BROOKS LAW FIRM, P. C.
275 Forest Road, Suite 100
Hueytown, AL 35023
(205) 320-0005
thebrooksfirm2@yahoo.com

March 23, 2014

Next Gear Capitol
Attn: Legal Department
1320 City Center Drive, Suite 100
Carmel, IN 46032

      Re:    <u>Atlanta Birmingham vs. Next Gear Capital LLC</u>
             Case # CV-2013-300933

Dear Sir/Madam:

    Enclosed is a copy of the complaint in this matter along with a copy of our Motion for Default.

Sincerely,

Charles I. Brooks

/pnd
Enclosure

| State of Alabama<br>Unified Judicial System | **COVER SHEET**<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>`C V` ☐☐☐☐ ☐☐☐☐ ☐☐.☐☐ |
|---|---|---|
| Form ARCivP-93   Rev. 5/99 | | Date of Filing: Month/Day/Year    Judge Code:<br>CV-2013-00933 |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____BIRMINGHAM_____, ALABAMA
(Name of County)

ATLANTA-BIRMINHAM * AUTOMOTIVE GROUP, LLC,   v.   NEXT GEAR CAPITAL
Plaintiff                                                                    Defendant

**First Plaintiff:**  ☑ Business   ☐ Individual   ☐ Government   ☐ Other
**First Defendant:** ☑ Business   ☐ Individual   ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellanous Circuit Civil Case

**ORIGIN** *(check one):*   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BRO167   Date: 1/4/13   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☑ YES   ☐ NO   ☐ UNDECIDED

| State of Alabama<br>Unified Judicial System<br>C-34J   4/82 | SUMMONS — CIVIL | Case Number<br>CV201300933<br>CV ___ ___ ___<br>ID   YR   Number |
|---|---|---|

IN THE **CIRCUIT** COURT OF **JEFFERSON** COUNTY

Plaintiff ATLANTA-BIRMINHAM AUTOMOTIVE GROUP, LLC  vs Defendant NEXT GEAR CAPITAL

NOTICE TO Next Gear Next Gear Capital Inc., c/o CSC Lawyers Incorporating Services Inc.

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF'S ATTORNEY Charles I. Brooks, The Brooks Law Firm, P.C. WHOSE ADDRESS IS 2 North 20th Street, Suite 1100, Birmingham, AL 35203

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

☐ TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

☐ This service by certified mail of this summons is initiated upon the written request of _____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

DATE _____   CLERK/REGISTER _____   By: _____

FILED IN OFFICE
DEC 05 2013
ANNE-MARIE ADAMS
Clerk

RETURN ON SERVICE:

☐ Certified Mail return receipt received in this office on (Date) _____ (Return receipt hereto attached).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on (Date) _____.

DATE _____
ADDRESS OF SERVER _____

SERVER SIGNATURE _____

TYPE OF PROCESS SERVER _____

COURT RECORD (White)   ADDRESSEE (Green)

IN THE CIRCUIT COURT
OF JEFFERSON COUNTY, ALABAMA

FILED IN OFFICE
DEC 05 2013
ANNE-MARIE ADAMS
Clerk

ATLANTA-BIRMINHAM
AUTOMOTIVE GROUP, LLC,

Plaintiff,

v.

NEXT GEAR CAPITAL

Defendants.

CASE NO. CV2013900933

## COMPLAINT

COMES NOW the Plaintiff, Atlanta Birmingham Automotive Group, LLC by and through their undersigned counsel and submits this Complaint.

### I. Jurisdiction

1. Jurisdiction in this Court is based on Alabama Common Law, and all allegations of wrongdoing took place within the State of Alabama.

### II. Parties

2. Plaintiff, Atlanta Birmingham Automotive Group, LLC, (hereafter referred to as "Plaintiff") is a small business working within the State of Alabama during the time of the allegations made the basis of this complaint.

3. Defendant, Next Gear Capital, LLC, (hereafter referred to as "Defendant") is an entity subject to suit under Alabama State Law because it is located within the State of Alabama, Jefferson County, and employs agents in Jefferson County, Alabama.

-1-

### III. Facts

On or about June 2013, Brent Robinson informed several financial institutions Atlanta –Birmingham Automotive Group LLC was filing for bankruptcy. The information was false and was no based upon any credible information. Brent Robinson disseminated the information by publication and telephone to the detriment of Atlanta-Birmingham Automotive Group, LLC.

Brent Robinson, acting in his capacity as a Next Gear employee/representative, used his relationship with Next Gear to facilitate the removal of automobiles from Atlanta – Birmingham Automotive lot.

Atlanta Birmingham suffered tremendous reputation issues to the false information dissemination. Atlanta- Birmingham out of pocket damages were caused by the false statements and allegations made by Brent Robinson. The publication of the false statements has continued to damage the viability of Atlanta-Birmingham's business reputation.

Next Gear's management and supervisors were aware of Brent Robinson's actions as an agent of their company. Next Gear's management never stopped Brent Robinson from his actions. Next Gear approved the dissemination of the false information or by their inaction used a callous disregard for the harm Brent Robinson was causing using their company and a stepping stone for the illegal and false activity.

4.  The plaintiffs re-allege and incorporate by reference paragraphs 1-4 above with the same force and effect as if fully stated in specific detail herein below.

## FIRST CLAIM - DEFAMATION

1. The defendant intentionally defamed the plaintiff.

2. The defendant transmitted said communication to as third party.

3. The information transmitted by the defendant had no basis in truth.

4. The defendant posted said false communication in a place where plaintiff's friends, relatives and business clients received said fallacious information.

5. The communication is not privileged.

6. The plaintiff did not consent to the libelous and/or slanderous statements.

## SECOND CLAIM LIBEL PER SE

7. The plaintiff incorporates by reference the preceding paragraphs.

8. The defendant published by e-mail a false and malicious matter of and concerning the plaintiff which embodied an accusation of crime or exposed the plaintiff to public ridicule or contempt, namely, the plaintiff was in or on the verge of bankruptcy and the business would default on its obligations to its clients and lenders.

## THIRD CLAIM SLANDER PER SE

9. The plaintiff incorporates by reference the preceding paragraphs.

10. The defendant orally communicated a false and malicious matter of and concerning the plaintiff which embodied an accusation of crime or exposed the plaintiff to public ridicule or contempt, namely, that plaintiff was in bankruptcy, the business was not able to meet its financial obligations and would default on its clients and lenders.

## FOURTH CLAIM - NEGLIGENCE

11. The defendant incorporates by reference the preceding paragraphs.

12. By reason of defendant's negligence plaintiff was injured in their business or property. Plaintiff suffered damages, namely to its reputation as well as the diminished ability to operate for a time.

13. Next assumed the duty of care to provide truthful information about Atlanta Birmingham by way of contract.

14. Next Gear breached that duty of care by providing false and malicious statements about the plaintiff with the intent to harm the business and its relationships with the financial institutions. The result of which was a loss of reputation and sales.

15. Next Gear also appropriated inventory from the plaintiff under false pretenses. The plaintiff was unable to sale the vehicles which were removed from their property location and therefore their possession.

16. Next Gear has caused irreparable damage to the plaintiff's reputation. Moreover, the plaintiff has lost actual inventory due to the actions of agents of Next Gear.

## FIFTH CLAIM - WANTONESS

17. The plaintiff incorporates by reference the preceding paragraphs.

18. The defendant consciously acted or omitted some duty under knowledge of existing conditions and conscious those from the doing of such act or omission of such duty an injury will likely or probably result. Defendant with reckless indifference to the consequences either consciously and intentionally did some wrongful act or consciously omitted some known duty which produced the injury to the plaintiff.

## SIXTH CLAIM - BREACH OF CONTRACT

19. The plaintiff incorporates by reference the preceding paragraphs.

20. The parties entered into a legally enforceable contract on or about February 2013.

21. The defendant did willfully breach said contract without cause and/or justification.

22. Plaintiff was damaged as a direct result of defendant's breach of contract.

WHEREFORE, Plaintiff prays for judgment against defendant Next Gear, as follows:

1. For threefold the damages actually sustained and the costs of suit, in a sum not less than Three Hundred Thousand ($300,000) Dollars, including a reasonable attorney's fee, with interest thereon at the rate of twelve percent (12%) per annum, compensatory damages, punitive damages;

2. For such other and further relief as the Court may deem appropriate;

3. For such other and further relief as the Court may deem proper and just in the premises (including but not limited to compensatory and punitive damages), and;

4. For trial by jury on all issues so triable.

Respectfully Submitted,

*/s/ Charles I. Brooks*

Charles I. Brooks, Atty. Code BRO167
**THE BROOKS FIRM, P.C.**
2 North 20th Street, Suite 1100
Birmingham, AL 35203
205.320.0005
205-443-6677(fax)

## Defendant

Next Gear Capital Inc.
c/o CSC Lawyers Incorporating Services Inc.
2 North Jackson St., Suite 605
Montgomery, AL 36104

IN THE CIRCUIT COURT
OF JEFFERSON COUNTY, ALABAMA

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
FEB 21 2014
ANNE-MARIE ADAMS
CLERK

| | |
|---|---|
| ATLANTA-BIRMINHAM AUTOMOTIVE GROUP, LLC, | * * * |
| Plaintiff, | * |
| v. | * CASE NO. 2013-0933 |
| | * |
| NEXT GEAR CAPITAL | * * * |
| Defendants. | * |

## Motion For Default Judgment

**COMES NOW the Plaintiff, Atlanta Birmingham Automotive Group, LLC** by and through their undersigned counsel and submits this Motion for Default. In support of said motion plaintiff states as follows:

1. On December 23, 2013, the defendant was duly served with the above styled complaint.

2. The defendant has not answered or responded in any way. More than thirty (30) days have passed since the service of this complaint.

3. The plaintiff has attached the application and affidavit for entry of default judgment.

4. The plaintiff request entry of default and a hearing date to determine damages.

-1-

Respectfully Submitted,

*/s/ Charles I. Brooks*
Charles I. Brooks, Atty. Code BRO167
**THE BROOKS FIRM, P.C.**
2 North 20th Street, Suite 1100
Birmingham, AL 35203
205.320.0005
205-443-6677(fax)

IN THE CIRCUIT COURT
OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| ATLANTA-BIRMINHAM AUTOMOTIVE GROUP, LLC, | * * * |
| Plaintiff, | * |
| vi. | *    CASE NO. 2013-0933 |
| | * |
| NEXT GEAR CAPITAL | * * |
| Defendants. | * |

## Certificate of Service

I hereby certify that above and forgoing was filed into court using Ala-file which will deliver a copy of the foregoing to the plaintiffs on this the 21st day of February, 2013.

pc:

Next Gear Capital Inc.
c/o CSC Lawyers Incorporating Services Inc.
2 North Jackson St., Suite 605
Montgomery, AL 36104

                              */s/ Charles I. Brooks*
                                Charles I. Brooks

| State of Alabama<br>Unified Judicial System | **APPLICATION AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT** | Case Number |
|---|---|---|
| Form C-25A    Rev. 6/07 | | |

IN THE _____Circuit_____ COURT OF _____Jefferson County_____, ALABAMA
          (Circuit or District)                                    (Name of County)

_____Atlanta- Birmingham, LLC_____ v. _____Next Gear Capital/Brent Robinson_____
          **Plaintiff**                                                **Defendant**

☑ I, affiant, request that the ☐ clerk of court, or ☑ judge, pursuant to Rule 55(b), Alabama Rules of Civil Procedure (ARCP), enter a default judgment against the above - named defendant,* in the above case for the defendant's failing to plead, answer, or otherwise defend.

The affiant, _____Charles I. Brooks_____, being duly sworn, states as follows:
1. That the affiant has personal knowledge of the facts set forth in the affidavit.
2. That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on (date) __12/23/13__.
3. That more than __30__ days have elapsed since the defendant was served with a summons and a copy of the Statement of Claim/Compliant.
4. That the defendant has failed to answer or otherwise defend against the plaintiff's Statement of Claim/Complaint.
5. That this affidavit is executed by the affiant in accordance with Rule 55(b), ARCP, for the purpose of enabling the plaintiff to obtain a **default judgment** against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's Statement of Claim/Complaint.
6. That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of Ala. Code 1975, Chapter 19, Title 5.
7. That the defendant ☐ is ☑ is not in military service.
8. Judgment Conditions: ☐ with ☑ without waiver of exemptions.
9. That the amount of money claimed by the defendant to the plaintiff is
   ☑ THE SUM OF   $ __1 million__, which is to be determined as follows:
   Principal Balance $_____
   Interest $_____
   Attorney Fee $_____ (if requesting attorney's fees, it must be determined by the judge, not the clerk).
   (If provided by contract, note or law)

☐ SPECIFY PROPERTY (Describe, on a separate sheet of paper, property of which the plaintiff demanded right to possession from the defendant in the Statement of Claim/Complaint.)

10. The affiant requests entry of judgment: ☑ By the Court    Name of Affiant: _____Charles I. Brooks_____
                                            ☐ By the Clerk    Signature of Affiant: _____

Sworn To and Subscribed Before Me This                Affiant's Home or Business Address (if not represented by an attorney):

Date: _____                                          _____
                                                      City        State        Zip Code
_____                      _____                    Name of Attorney: _____Charles I. Brooks_____
Officer's Signature         Title                     Signature of Attorney: _____
                                                      Business Address of Attorney: 275 Forest Road, Ste 100
                                                      Hueytown, Alabama 35023
                                                      City        State        Zip Code

☐ Default judgment is hereby rendered against the defendant in the amount of $ _____

_____                                                _____
Date                                                  Judge/Clerk

☐ Default judgment is hereby rendered against the defendant and the plaintiff is awarded right to posession of the property sworn to in the affidavit above.

_____                                                _____
Date                                                  Judge/Clerk

**CERTIFICATE OF SERVICE ON OTHER PARTIES**
I hereby certify that a copy of this Application, Affidavit, and Entry of Default Judgment has been    Signed _____
sent, by first class mail, postage prepaid, to all parties who are not in default in this case.

**Rule 55, ARCP**
* Separate form shall be completed for each defendant in cases involving multiple defendants.
  Pursuant to Ala. Code 1975, §12-19-71(a) (10), a filing fee is required when seeking a default judgment pursuant to Rule 55(b), ARCP.

**Original** – Court File        **Copy** – Plaintiff        **Copy** - Defendant