```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ATLANTA-BIRMINGHAM AUTOMOTIVE  }
GROUP, LLC,                    }
                               }
    Plaintiff,                 }    CIVIL ACTION NO.
                               }    14-CV-0629-WMA
v.                             }
                               }
NEXTGEAR CAPITAL, INC.,        }
                               }
    Defendant.

### ORDER

Before the court is defendant's motion to dismiss and/or transfer venue.  The motion is hereby set for oral hearing in chambers **on May 1, 2014, at 10:30 a.m.**  A court reporter shall be present.

If plaintiff wishes to respond to the motion, it shall do so **no later than April 29, 2014, at 4:30 p.m.**

DONE this 22nd day of April, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE