FILED
2014 Apr-28  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE U. S. District Court
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC,** | |
| Plaintiff, | |
| v. | Case No.: 14-cv-629-WMA |
| **NEXTGEAR CAPITAL, INC.,** | |
| Defendant. | |

### PLAINTIFF'S REPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE

Comes now the plaintiffs, by and through their undersigned counsel and respectfully request this Honorable court transfer the undersign case to the requested jurisdiction and submit to arbitration. However, the plaintiff requests the arbitration process meet the following touchstones as a constitutional viable alternative to litigation;

1.  The cost structure is consistent with litigation wherein the plaintiffs will have to bear their own cost. However, thy will not be required for the cost of an arbitrator.

2. The plaintiffs are not restricted as to the types of claims which may be asserted under Indiana or Alabama law.

3. The arbitration body is nationally recognized such as the American Arbitration Association (AAA).

Should the defendant agree to the above and foregoing the plaintiff have no objections to the transfer.

Respectfully Submitted,

*/s/ Charles I. Brooks*
Charles I. Brooks
**THE BROOKS FIRM, P.C.**
275 Forest Road, Suite 100
Hueytown, AL 35023
205.320.0005
205-443-6677(fax)
thebrooksfirm2@yahoo.com

# IN THE U. S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | \| |
| Plaintiff, | \| |
| v. | \| Case No.: 14-cv-629-WMA |
| NEXTGEAR CAPITAL, INC., | \| |
| Defendant. | \| |

## Certificate of Service

I hereby certify that above and forgoing was filed into court using Ala-file which will deliver a copy of the foregoing to the defendants on this the 28th day April 2014.

pc:
*Russell J. Rutherford*
Giles G. Perkins (PER043)
Russell J. Rutherford (RUT018)
ADAMS AND REESE LLP
1901 Sixth Avenue North Suite 3000
Birmingham, Alabama 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

/s/ *Charles I. Brooks*
Charles I. Brooks